**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States *ex rel.*

YVETTE M. SWANSON,
LAURA LANTZ,
AND ROSEMARY LEWERER,

Bringing this action on
Behalf of the United States of America

c/o B. Todd Jones
United States Attorney
District of Minnesota
600 United States Courthouse
300 Fourth Street South
Minneapolis, Minnesota 55415

and

c/o Janet Reno
United States Attorney General
United States Attorney General's Office
950 Pennsylvania Avenue Northwest
Washington, D.C. 20530

Plaintiffs,

vs.

STILLWATER MEDICAL GROUP, P.A.

Defendant.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

CIVIL NO. 00-SC-1277 (DDA) FLN

---

WHEREAS, this False Claims Act proceeding was commenced by the Plaintiffs on March 22, 2000;

DEC 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, on October 17, 2001 the United States declined to intervene because its investigation did not find enough violations of law to justify a substantial commitment of its resources or to establish civil or criminal fraud on the part of the Defendant; and

**WHEREAS**, the Plaintiffs, Yvette Swanson, Laura Lantz and Rose Lewerer, desire to voluntarily dismiss their False Claim Act proceeding without prejudice and to proceed in state court under Minnesota's whistleblowing statute.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by the Plaintiffs and their attorney along with the United States that this action should be dismissed without prejudice to permit the Plaintiffs proceed in state court under any appropriate legal remedy.

PLAINTIFFS:

Dated this 24th day of October, 2001

Yvette Swanson Nierenhausen
Yvette Swanson
Relator/Plaintiff

Dated this 20th day of ~~October~~ November 20, 2001

Laura Lantz
Laura Lantz
Relator/Plaintiff

Dated this 4th day of ~~October~~, 2001 November, 2001

Rose Lewerer
Rose Lewerer
Relator/Plaintiff

Dated this 24th day of October, 2001

LAW OFFICES OF
SIVERTSON AND BARRETTE, P.A.

By: [signature]
Alf E. Sivertson (122233)
Attorney for the Plaintiffs
The Barrister Building
1465 Arcade Street
Saint Paul, MN 55106-1723
(651) 778-0575

UNITED STATES:

Dated this 26th day of October, 2001

THOMAS B. HEFFELFINGER
UNITED STATES ATTORNEY

By: [signature]
Gregory S. Brooker (166066)
Assistant United States Attorney
U.S. Department of Justice
600 United States Courthouse
300 Fourth Street South
Minneapolis, MN 55415
(612) 664-5600

**ORDER**

Based upon the forgoing Stipulation, the Court rules as follows:

**IT IS HEREBY ORDERED**, that the Complaint in this False Claims Act proceeding, 31.U.S.C. §3730(b)(2)(A), shall be dismissed without prejudice to the Plaintiffs and that the Plaintiffs may proceed with any appropriate legal remedy in state court.

SO ORDERED this 7th day of ~~November~~ December, 2001.

Donald D. Alsop
United States District Court